1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  CHARLES MACKLIN, individually      No. 2:10-cv-01081-MCE-DAD
    and on behalf of the General
12  Public of the State of
    California,
13
              Plaintiff,               **RELATED CASE ORDER**
14
         v.
15
    INDYMAC BANK, INC., et al.,
16
              Defendants.
17  _____/
18  CHARLES EARVIN MACKLIN,            No. 2:11-cv-00258-LKK-GGH
19            Plaintiff,
20       v.
21  ONE WEST BANK, FSB, et al.,
22            Defendants.
23  _____/
24       The Court has received the Notice of Related Case filed on
25  February 3, 2011.
26  ///
27  ///
28  ///

1

1    Examination of the above-entitled civil actions reveals that
2 these actions are related within the meaning of Local Rule 123(a)
3 (E.D. Cal. 1997).  The actions involve many of the same
4 defendants and are based on the same or similar claims, the same
5 property transaction or event, similar questions of fact and the
6 same questions of law, and would therefore entail a substantial
7 duplication of labor if heard by different judges.  Accordingly,
8 the assignment of the matters to the same judge is likely to
9 effect a substantial savings of judicial effort and is also
10 likely to be convenient for the parties.
11    The parties should be aware that relating the cases under
12 Local Rule 123 merely has the result that both actions are
13 assigned to the same judge; no consolidation of the action is
14 effected.  Under the regular practice of this court, related
15 cases are generally assigned to the district judge and magistrate
16 judge to whom the first filed action was assigned.
17    IT IS THEREFORE ORDERED that the action denominated 2:11-cv-
18 00258-LKK-GGH, <u>Charles Earvin Macklin v. One West Bank, FSB, et
19 al.</u> is reassigned to Judge Morrison C. England, Jr. and
20 Magistrate Judge Dale A. Drozd for all further proceedings, and
21 any dates currently set in this reassigned case only is hereby
22 VACATED.  The Clerk of the Court is to issue an Order Requiring
23 Joint Status Report.  Henceforth, the caption on documents filed
24 in the reassigned case shall be shown as 2:11-cv-00258-MCE-DAD.
25 ///
26 ///
27 ///
28 ///

2

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: February 18, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE