# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| CHARLES EARVIN MACKLIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ONEWEST BANK, F.S.B., as successor in interest to INDYMAC BANK, F.S.B., a Federally Chartered Bank; FEDERAL HOME LOAN MORTGAGE CORPORATION, an entity whose form is unknown; TITANIUM SOLUTIONS INC., an entity whose form is unknown; MTC FINANCIAL INC., dba TRUSTEE CORPS, an entity whose form is unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:11-CV-00258 MCE (DAD)<br><br>**ORDER GRANTING REQUEST FOR TELEPHONIC APPEARANCE**<br><br>**DATE:** April 7, 2011<br>**TIME:** 2:00 p.m.<br>**CTRM:** 7<br>**JUDGE:** Morrison C. England, Jr.<br><br>*Removal Filed: 1/26/2011*<br>*State Court Action Filed: 1/13/2011* |

The Court, having reviewed Defendants' Application and Notice of Intent to Appear by Telephone, and good cause appearing, hereby Orders that Andrew Scoble, attorney for Defendants ONEWEST BANK, F.S.B., and FEDERAL HOME LOAN MORTGAGE CORPORATION ("FREDDIE MAC"), may appear telephonically for the April 7, 2011 at 2:00 p.m. hearing.

Dated: March 29, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE